**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

MICHAEL R. CAGLE,

                Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration,

                Defendant.

Case No. 06-CV-95-FHM

## ORDER

Plaintiff's Motion for Award of Attorney Fees Under the Equal Access to Justice Act [Dkt. 41] is before the Court. Defendant challenges the reasonableness of the fee request. To resolve the issue, the Court requires the submission of the briefs Plaintiff filed in the Tenth Circuit.

Plaintiff is hereby ordered to file copies of his appellate briefs on or before August 29, 2008.

SO ORDERED this 22nd day of August, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE